poration substituted as the party petitioner. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace T. Atkins* for petitioner. *Acting Solicitor General Judson* for the United States.

No. 260. ELLITHORPE ET AL. *v.* OSBORN ET AL. October 8, 1945. The motion to strike the petition is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit is also denied. *Mr. Weightstill Woods* for petitioners. *Mr. Leo J. Hassenauer* for respondents.

No. 112. GREGORY *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Paul B. Cromelin, John W. Townsend* and *Francis C. Brooke* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark, Mr. Sewall Key, Miss Helen R. Carloss* and *Mrs. Elizabeth B. Davis* for the United States.

No. 155. PIZZA *v.* NEW YORK. October 8, 1945. Petition for writ of certiorari to the Supreme Court of New York denied.

No. 157. SMITH *v.* RAGEN, WARDEN. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 159. ROBERTS *v.* RAGEN, WARDEN. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.